An unpublished order.shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC,
                    Appellant,

vs.

BANK OF NEW YORK MELLON CORPORATION, BANK OF NEW YORK, AS TRUSTEE FOR THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27 A/K/A THE BANK OF NEW YORK FELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27,
                    Respondent.

No. 65411

**FILED**

JAN 23 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER APPROVING STIPULATION, IN PART, AND DISMISSING APPEAL

The parties have filed a "Stipulation to Dismiss Appeal and Vacate Order Granting Motion to Dismiss Case No. A-13-682897-C." The stipulation seeks to dismiss this appeal, vacate a district court order, return any bond to the party who deposited it, and set a deadline to file a document in district court. The parties' stipulation is approved to the following extent: this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). All other relief requested by the parties is appropriately sought in the district court rather than this court.

It is so ORDERED.

_____, C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-02562

cc:    Hon. Mark R. Denton, District Judge
Howard Kim & Associates
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk